IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GINA WHITMORE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| WHEATON VILLAGE NURSING AND | ) | |
| REHABILITATION CENTER, LLC, | ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, GINA WHITMORE ("Whitmore" or Plaintiff), by and through her attorneys, Barry A. Gomberg of Barry A. Gomberg & Associates, Ltd., and complaining of the Defendant, WHEATON VILLAGE NURSING AND REHABILITATION CENTER, LLC ("Wheaton Village" or Defendant), states as follows:

## PARTIES

1. Whitmore is a resident of Joliet, Illinois in Will County.

2. Wheaton Village is a business located at 1325 Manchester Road, Wheaton, Illinois in DuPage County.

## JURISDICTION AND VENUE

3. The claims against Defendant are for age discrimination pursuant to the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §621 et seq. and for race discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the Civil Rights Act of 1991.

1

4. Jurisdiction is conveyed upon this Court by virtue of 28 USC §1343 as these claims arise under the laws of the United States of America.

5. Venue is appropriate in the Northern District of Illinois, Eastern Division by virtue of 28 USC § 1391 as Plaintiff's residence and Defendant's place of business is located in this jurisdiction.

## COUNT I -
## AGE DISCRIMINATION

1-5. Whitmore re-alleges and incorporates as if fully set forth herein paragraphs 1 through 5 above.

6. Pursuant to Section 14(b) of the ADEA, 29 U.S.C. § 633(b), Whitmore has filed this cause more than sixty (60) days after the filing of a Charge of Discrimination with the State of Illinois Department of Human Rights ("IDHR"), pursuant to the requirements of the ADEA and the Equal Employment Opportunity Commission ("EEOC"), a copy of which is attached hereto as Exhibit A and fully incorporated herein by reference.

7. Whitmore has filed this cause pursuant to a Notice of Right to Sue issued by the EEOC within the statutory time requirement, a copy of which is attached hereto as Exhibit B.

8. In direct violation of the ADEA, Defendant engaged in the age discriminatory acts described in the Charge of Discrimination, attached as Exhibit A.

9. Whitmore was born in 1968.

10. Whitmore was hired by Defendant on or about March 26, 2018 as a Dietary Manager.

11. On August 19, 2019, Defendant abruptly terminated Whitmore's employment without explanation.

12. Whitmore was replaced by a younger employee.

13. Defendant's reasons for Whitmore's termination were a pretext for age discrimination.

14. Whitmore performed her job duties in a satisfactory manner.

15. Whitmore's performance was as good as, if not better, than that of younger employees who were not terminated under comparable circumstances. Whitmore's last performance appraisal signed by Defendant on May 7, 2019 indicated that her performance was "Outstanding" with a written comment of "well done" because she did her work well and voluntarily filled in when other employees were not available.

16. At all times, Whitmore met the legitimate expectations of her employer.

17. As a result of Defendant's age based discriminatory conduct, Whitmore has suffered injury to her career, as well as emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life, and other non-pecuniary losses for which she is entitled to compensatory damages pursuant to 42 U.S.C. § 1981a.

WHEREFORE, Plaintiff GINA WHITMORE prays for judgment against Defendant WHEATON VILLAGE NURSING AND REHABILITATION CENTER, LLC. as follows:

A. For an award of back pay from August 19, 2019 through the present;

B. For reinstatement, or front pay if reinstatement is deemed inappropriate;

C. For an award of compensatory damages for Whitmore's injury to her career, emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary damages and fringe benefits;

D. For attorney's fees and costs of this suit; and

E. For such other and further relief as is just and equitable.

## COUNT II
## ADEA WILLFUL VIOLATION

1-17. Whitmore re-alleges and incorporates as if fully set forth herein paragraphs 1 – 17 of Count I.

18. Defendant's discriminatory conduct, as aforesaid, was intentional and/or in reckless disregard for Whitmore's rights under the law and these acts constitute willful indifference to said rights.

WHEREFORE, Plaintiff GINA WHITMORE prays for judgment against Defendant WHEATON VILLAGE NURSING AND REHABILITATION CENTER, LLC. as follows:

A. For liquidated damages in an amount equal to Whitmore's actual damages;

B. For attorney's fees and costs of this suit; and

C. For such other and further relief as is just and equitable.

## COUNT III –
## TITLE VII –RACE DISCRIMINATION

1-5. Whitmore re-alleges and incorporates as if fully set forth herein paragraphs 1 through 5 above.

6. Whitmore has filed this cause subsequent to the timely filing of a Charge of Discrimination with the IDHR and EEOC, attached as Exhibit A, and fully incorporated herein by reference.

7. Whitmore has filed this cause pursuant to a Notice of Right to Sue issued by the EEOC within the statutory time requirements, attached as Exhibit B.

8. In direct violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., Defendant, by its agents and employees, engaged in the discriminatory acts described in the Charge of Discrimination, attached as Exhibit A and fully incorporated herein by reference.

4

9. Whitmore was hired by Defendant on or about March 26, 2018 as a Dietary Manager.

10. On August 19, 2019, Defendant abruptly terminated Whitmore's employment without explanation.

11. Whitmore is African American.

12. Plaintiff was replaced by a non-African American employee.

13. Defendant's reasons for Whitmore's termination were a pretext for race discrimination.

14. Whitmore performed her job duties in a satisfactory manner.

15. Whitmore's performance was as good as, if not better, than that of non-African American employees who were not terminated under comparable circumstances. Whitmore's last performance appraisal signed by Defendant on May 7, 2019 indicated that her performance was "Outstanding" with a written comment of "well done" because she did her work well and voluntarily filled in when other employees were not available.

16. At all times, Whitmore met the legitimate expectations of her employer.

17. As a result of Defendant's race based discriminatory conduct, Whitmore has suffered injury to her career, as well as emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life, and other non-pecuniary losses for which she is entitled to compensatory damages pursuant to 42 U.S.C. § 1981a.

WHEREFORE, Plaintiff GINA WHITMORE prays for judgment against Defendant WHEATON VILLAGE NURSING AND REHABILITATION CENTER, LLC. as follows:

A. For an award of back pay from April 19, 2019 through the present;

B. For reinstatement, or front pay if reinstatement is deemed inappropriate;

C. For an award of compensatory damages for Whitmore's injury to her career, emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary damages and fringe benefits;

D. For attorney's fees and costs of this suit; and

E. For such other and further relief as is just and equitable.

Respectfully submitted,

GINA WHITMORE

By: s/Barry A. Gomberg
One of Plaintiff's Attorneys

Barry A. Gomberg
BARRY A. GOMBERG & ASSOC., LTD.
53 West Jackson Blvd., Suite 1350
Chicago, Illinois 60604
(312) 922-0550