IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GINA WHITMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 20-cv-1732 |
| v. ) | |
| ) | Judge Manish S. Shah |
| WHEATON VILLAGE NURSING AND ) | Magistrate Gabriel Fuentes |
| REHABILITATION CENTER, LLC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM
IN EXCESS OF FIFTEEN PAGES AND TWENTY ADDITIONAL FACTS
<u>IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT</u>**

NOW COMES the Plaintiff, GINA WHITMORE, by and through her attorneys, and hereby requests that this Honorable Court grant Plaintiff Leave to File a Memorandum in Excess of Fifteen Pages and Twenty Additional Facts in Opposition to Defendant's Motion for Summary Judgment.

In support thereof, Plaintiff states as follows:

1. Plaintiff's Response in Opposition to Summary Judgment is due to be filed on December 27, 2021.

2. Plaintiff's Memorandum of Law in Response to Defendant's Motion for Summary Judgment is presently twenty (20) pages long. Although Plaintiff will attempt to edit her Memorandum further, Plaintiff seeks leave to file a brief in excess of fifteen (15) pages should she be unable to meet the maximum page limit as stated in the Local Rules.

3. Additionally, given the high number of contradictory facts as testified to by the witnesses in this matter, Plaintiff's additional facts number 60. Again, Plaintiff will endeavor to combine and/or eliminate some of the facts but cannot guarantee that said attempts will result in a significant reduction of additional facts.

4. Defendant's counsel has no objection to Plaintiff's request for leave to file a brief in excess of fifteen pages or twenty additional facts.

5. This Motion is not being brought for undue delay.

6. Plaintiff will be unduly prejudiced if she is not granted additional time to respond.

WHEREFORE, Plaintiff respectfully request that this Honorable Court grant Plaintiff Leave to File a Memorandum in Excess of Fifteen Pages and Twenty Additional Facts in Opposition to Defendant's Motion for Summary Judgment

    Respectfully submitted,

    GINA WHITMORE

    By: /s/ Barry A. Gomberg
    Attorney for Plaintiff

Barry A. Gomberg
Luanne M. Galovich
Barry A. Gomberg & Assoc., Ltd.
53 West Jackson Blvd., Suite 1350
Chicago, Illinois 60604
(312) 922-0550 gomberglaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2021, I electronically filed the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF 15 PAGES AND 20 ADDITIONAL FACTS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mary Smigielski
Kenneth D. Walsh
Lewis Brisbois
550 West Adams Street, Suite 300
Chicago, IL. 60661
Mary.Smigielski@lewisbrisbois.com
Kenneth.Walsh@lewisbrisbois.com

*Attorneys for Defendant*

/s/ Barry A. Gomberg