IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GINA WHITMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:20-CV-1732-MSS |
| v. ) | |
| ) | |
| WHEATON VILLAGE NURSING AND ) | Judge Manish S. Shah |
| REHABILITATION CENTER, LLC, ) | Magistrate Gabriel Fuentes |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to this action hereby stipulate that this action be dismissed in its entirety with prejudice, with each side to bear its own costs and fees, and that all future dates be stricken.

Dated: August 31, 2022

/s/ Barry A. Gomberg             .

**Barry A. Gomberg & Associates, Ltd**.
53 West Jackson Blvd., Suite 1350
Chicago, Illinois 60604
P: (312) 922-0550
gomberglaw@aol.com

*Attorneys for Plaintiff*

/s/ Kenneth D. Walsh                 .

Mary A. Smigielski (ARDC # 6243913)
Kenneth D. Walsh (N.Y. Bar No. 5044086)
**LEWIS BRISBOIS BISGAARD &
SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
P: 312.345.1718
Mary.Smigielski@lewisbrisbois.com
Kenneth.Walsh@lewisbrisbois.com

*Attorneys for Defendant*

4823-6362-5700.2