# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Gina Whitmore

Plaintiff,

v.

Case No.:
1:20–cv–01732

Honorable Manish S. Shah

Wheaton Village Nursing and Rehabilitation Center, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 31, 2022:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal [74], this case is dismissed with prejudice. All filing deadlines and court dates are stricken. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.